UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**THOMAS GADDIS,**
    Plaintiff,

**v.**

**CHAD E. WOODRUFF, et al.,**
    Defendants.

Case No. 1:23-cv-322-CLM

## MEMORANDUM OPINION

    On March 1, 2023, pro se plaintiff Thomas Gaddis filed a complaint along with an application to proceed in forma pauperis. (Docs. 1, 2). The court denied Gaddis' motion for leave to proceed in forma pauperis without prejudice and ordered Gaddis to replead his complaint by May 19, 2023 or face dismissal of this action. (Doc. 3). The court advised Gaddis that his original complaint failed to adequately allege that the court has jurisdiction over this case and failed to state a claim upon which relief can be granted. (*See id.* at 5). So the court informed Gaddis that if he failed to timely file an amended complaint, the court would dismiss his case without further notice. (*See id.*). The court further advised Gaddis that he needed to either correct the deficiencies in his IFP application or pay $402 ($400 filing fee + $2 administrative fee) by the May 19 deadline. (*Id.*). The deadline to comply with the court's order has passed and Gaddis hasn't responded to the order. So the court will enter a separate order that **DISMISSES** Gaddis' complaint **WITHOUT PREJUDICE** for lack of jurisdiction, failure to state a claim upon which relief can be granted, and failure to prosecute.

    **Done** and **Ordered** on June 2, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE